19MISC255

IN THE UNITED STATES OF AMERICA
FOR THE JUDICIAL DISTRICT OF THE UNITED STATES

IN RE:
DWIGHT A. WILLIAMS ESTATE
THE UNITED STATES
PRINCIPAL CREDITOR / GOVERNMENT

DISTRICT OF COLUMBIA;
EQUIFAX;
CITIMORTGAGE, INCORPORATED;
RIDGE ABSTRACT CORPORATION (CL)
AS AGENT FOR COMMONWEALTH LAND TITLE COMPANY;
BAYVIEW LOAN SERVICING, INCORPORATED;
CITY OF NEW YORK CORPORATION COUNSEL;
COUNTY OF QUEENS RECORDER;
SHERIFF OF QUEENS COUNTY;
ALL OTHERS IN POSSESSION;
RESIDENT DEBTORS / DEFENDANT(S)

S.D. OF N.Y.   2019 MAY 13 PM 4:51   U.S. DISTRICT COURT FILED

## PRAECIPE FOR PERSONAL SUMMONS
## EXTRAORDINARY WRIT OF EXECUTION
## INVOLUNTARY BANKRUPTCY FOREIGN PROCEEDING & ACTION

This Extraordinary Writ of Execution (herein, "EWOE") is against the above-named Debtors and any others known, unknown, whenever and wherever found. It is an Enforcement Action complying with International Law & Bankruptcy Laws, including but not limited to Title 15 of the United States Code in its entirety; Title 11 of the United States Code; and the Fair Debt Collection Practices Act (herein, "FDCPA"), Dodd Frank Wall Street Reform Act, Public Law 111-203, Title X. Furthermore, this EWOE is also a Constitutional Enforcement Action in compliance with the Preamble to the Constitution, Bill of [W]Rights, Declaration of Independence, and Ten Commandments, respectively.

On October 17, 2006, the Debtor(s) entered into a contract, a consumer loan transaction, with the United States by and through DWIGHT A. WILLIAMS.

Debtor(s) received a personal loan directly from the Creditor's Estate / Government and used it

for commercial purposes. Debtor(s) are delinquent in payments, taxes, customs and duties; and they have failed to render payment after numerous demands.

The Loan is secured by Lands and Private Property located within the United States Judicial District known as: **7608 AQUATIC DRIVE, ARVERNE NEW YORK 11692**.

Said Land does not and never did exist within any county equivalent, city, otherwise prison industrial complex, or statistical area known as Queens County, City (Site) of New York, and, therefore, it is permanently removed from any such immigrant territory.

## TERMINATION OF CONSENT / TRUST
## REVOCATION OF AUTHORITY / PERMANENT INJUNCTION

In accordance with the Telephone Communication Protection Act ("TCPA") in its entirety, found in 47 United States Code and codified within §1692(c) of the FDCPA, the Permanent Injunction, Termination of All Communications as codified in Bankruptcy Laws, effectively Revokes any Automatic Stay, Waiver, Privilege, Permission, Grant extended to all Debtors of the United States and any State possession thereof.

Pursuant to the above, Debtor(s) lack any protection, immunity, if any ever existed, statehood, corporate citizenship, residency, entitlement, otherwise. Therefore, all connections and agreements to all contracts entered upon are terminated as of the date of execution and initial communication. All third-part(ies) are Terminated and Revoked; they must direct all communications to the Independent Estate Holders and Owners as of the mailing of initial communication. Additionally, said Termination and Revocation includes any Trust and Trust Positions, all Passports, Licenses, Provisional, Hardship and otherwise.

This Permanent Injunction also applies, directly and indirectly, to each territorial security subject called an "under-sher[iff]," the "police," and any other unsecured trespasser who purports to enforce,

interfere with, carryout any false debt collection on behalf of any debtor, immigrant, alien resident. An under-sheriff is not a recognized constitution official for the United States and is subject to criminal and terrorism prosecution by the State for any previous, current and future Acts of War.

LEVY & GARNISHMENT & ORDER OF FORFEITURE

A Levy and Floating Lien remains in place and in favor of the Government Creditors, Principals. Levy and Lien is enforceable on Formal Written Notice, which is expressly implied within this **EWOE**. The Garnishment and Seizure of any and all property, assets, possessions, names, titles, characters, statuses, whenever and wherever found, is effective as of the Initial Execution Date and Time. All Debts and Credits are now due and seized, this is Money held against all Currency(ies) of the United States, Federal Reserve Notes, and are Emergency Script created by the United States of America for emergency purposes, which have been Abused by debtors from the District of Columbia and Worldwide.

The Secretary of Department of Treasury, Steven Mnuchin, is personally liable for providing a Final Report of Contents of the Account, §1692(g) of the FDCPA, calculated in LAWFUL MONEY for the United States, within five (5) non-business days.

Equifax, Mark Begor, is personally liable for providing the Master File of all Debts and Transactions, and return all items in the Consumer Report, §1692(g) of the FDCPA, within five (5) non-business days. This **EWOE** is notice that your services are no longer needed. Cease all activities!

Failure to comply as specified will result in levying Preferred Contempt Charges in accordance with Military Law and FDCPA; and, a Tax / Tariff Assessment will be conducted for the Secretary, the District of Columbia, and others.

This **EWOE** serves as a **"Writ of Forfeiture"** for all amounts, property, profits made, acquired by the Debtors in the personal files, names, Estates and Government Official Status. Furthermore, this

**EWOE** and Final Bankruptcy Order is not Appealable by Appeal or further Prayers, meaning to any subordinate and inferior Tribunal, including what is considered the [Supreme Court] for the District of Columbia, which is not a true Court for the United States of America.

The Secretary of Treasury, any Department, any Secretary, including Secretary of State, are required by "Writ of Mandamus" to Seize All Money(s) in any debtor's possession or control, due or past due, including but not limited to delinquent Child Support, wages, salaries, commissions, and bonuses possessed by the Debtor / Defendant(s) named and unnamed in this **EWOE**; All are Levied Upon by Virtue of said **EWOE** and all persons / subjects are hereby on Formal Notice to not pay over, directly transfer the same to anyone but DWIGHT A. WILLIAMS ("Creditor").

**BY MY FIRM HAND, this PERSONAL DECREE & ORDER** is entered and **EXECUTED** this 13th day for the year of our Lord, two thousand nineteen (2019), the month of ___MAY___.

_Dwight A. Williams_ GREAT SEAL (SIGNATURE)
DWIGHT A. WILLIAMS / JUDICIAL OFFICIAL
THE UNITED STATES OF AMERICA
ATTORNEY GENERAL FOR THE STATE
OFFICE LOCATION: c/o 7608 AQUATIC DRIVE, near ARVERNE NEW YORK 11692
PLUS THE UNITED STATES
EMAIL: KOIEXPERIENCE @ HOTMAIL.COM